MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KANTHONG KENT SIBOUNHEUANG, )    No. CV26-01404-MLP
                             )
            Petitioner,      )
                             )    (PROPOSED) ORDER GRANTING
     v.                      )    UNOPPOSED DISMISSAL
                             )    WITHOUT PREJUDICE
TODD BLANCHE, et al.,        )
                             )
            Respondents.     )
                             )

THE COURT has considered Petitioner Kanthong Kent Sibounheuang's unopposed motion to withdraw his petition for writ of habeas corpus, Dkt. 15.

Based on the Petitioner's motion and the balance of the record, the Court ORDERS the above-captioned matter DISMISSED without prejudice.

DATED this 5th day of June 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Kanthong Sibounheuang

ORDER GRANTING UNOPPOSED DISMISSAL
WITHOUT PREJUDICE
(*Sibounheuang v. Blanche, et al.*, CV26-01404-MLP) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**